United States District Court
Southern District of Texas
**ENTERED**
September 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARNULFO LEOS SANCHEZ,<br>“Petitioner,”<br><br>v.<br><br>MARKWAYNE MULLIN, *etc.*,<br>“Respondents.” | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-00867 |

**ORDER**

Before the Court is Petitioner’s “Complaint for Declaratory and Injunctive Relief” (“TRO”) (Dkt. No. 1). It is **ORDERED** that Respondents shall file a response to Petitioner’s TRO (Dkt. No. 1) by **October 9, 2026, at 5:00 p.m. CST**.

SIGNED this September 25, 2026

Rolando Olvera
United States District Judge