United States District Court
Southern District of Texas
**ENTERED**
October 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ARNULFO LEOS SANCHEZ, “Plaintiff,” | § § § | |
| v. | § | Civil Action No. 1:26-cv-00867 |
| MARKWAYNE MULLIN, *et al.*, “Defendant.” | § § § | |

# ORDER

On September 25, 2026, the Court ordered Respondents to file a response to Petitioner’s TRO. (“Order”) (Dkt. No. 8). The Court hereby **RESCINDS** the Court’s Order (Dkt. No. 8).

SIGNED this October 1, 2026

Rolando Olvera
United States District Judge